Rochelle D. Alpert (State Bar No. 65037)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: 415-442-1000
Fax: 415-442-1001
Email: ralpert@morganlewis.com

Jeffrey M. White (*pro hac vice*)
Margaret M. O'Keefe (*pro hac vice*)
Pierce Atwood LLP
One Monument Square
Portland, ME 04104
Tel.: 207-791-1100
Email: jwhite@pierceatwood.com
Email:  mokeefe@pierceatwood.com

Attorneys for Defendant
Tom's of Maine, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRENCH TRANSIT, LTD.,<br><br>             Plaintiff,<br><br>      vs.<br><br>TOM'S OF MAINE, INC.,<br><br>             Defendant. | CIVIL ACTION<br>Case No: 3:09-05199 (MHP)<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR SUMMARY JUDGMENT MOTIONS** |

Plaintiff French Transit, Ltd. ("Plaintiff") and Defendant Tom's of Maine, Inc. ("Defendant") hereby submit the following Stipulation and [Proposed] Order:

WHEREAS, on February 22, 2010 in its Case Management Conference Order, the Court set October 18, 2010 as the hearing date for any summary judgment motions and referred the parties to mediation;

{W2076857.1}
DB2/22080702.1

WHEREAS, in the period following February 22, 2010, the Parties participated in mediation and continued to actively discuss resolution of this case;

WHEREAS, at the parties' stipulated request filed on August 26, 2010, the Court reset the hearing date for summary judgment for January 10, 2011;

WHEREAS, the parties have continued to engage in settlement discussions and are continuing to work on a resolution of this matter;

WHEREAS, the parties have exchanged drafts of a settlement agreement, but are not likely to finalize the written agreement this week (in advance of the December 6, 2010 deadline for filing briefs in support of summary judgment motions); and

WHEREAS, in light of the Parties' continuing settlement discussions, they seek to avoid additional expenses for, among other matters, the briefing of summary judgments, to meet the current Court ordered deadline;

THEREFORE, IT IS HEREBY STIPULATED, by Plaintiff and Defendant, through their respective counsel, that the Court set the hearing date for any summary judgment motions to a date and time convenient for the Court 30 days from January 10, 2011.

Dated: December 2, 2010

/s/ Margaret Minister O'Keefe
Margaret Minister O'Keefe (*pro hac vice*)
Jeffrey M. White (*pro hac vice*)
Pierce Atwood LLP
One Monument Square
Portland, ME 04104
Tel.: 207-791-1100
Email: mokeefe@pierceatwood.com

Rochelle D. Alpert (State Bar No. 65037)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: 415-442-1000
Email: ralpert@morganlewis.com

Attorneys for Defendant Tom's of Maine

{W2076857.1}
DB2/22080702.1

Dated: December 2, 2010

           /s/   Katharine Livingston
Katharine Livingston (State Bar No. 124772)
Law Offices of Katharine Livingston
Attorneys at Law
250 Lafayette Circle Suite 300-A
Lafayette, CA 94549
Tel.: 925-310-4043
Email: katharine@klivingstonlaw.com

Attorney for Plaintiff French Transit, Ltd.

{W2076857.1}
DB2/22080702.1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rochelle D. Alpert, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR SUMMARY JUDGMENT MOTIONS**. In compliance with General Order 45, X.B., I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Executed on this **December 2, 2010,** at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP

/s/ Rochelle D. Alpert
Rochelle D. Alpert

{W2076857.1}
DB2/22080702.1

CASE No. 3:09-05199 (MHP)
STIPULATION AND [PROPOSED] ORDER RE HEARING
DATE FOR SUMMARY JUDGMENT MOTIONS

**[PROPOSED] ORDER**

Good cause appearing, IT IS HEREBY ORDERED THAT the deadlines for factual and expert discovery be extended as the parties stipulated above and that summary judgment motions currently set for hearing on January 10, 2011 shall be heard on  February 20     , 2011 at   2:00 p.m.                  .

DATED:   1/3/2011



IT IS SO ORDERED
Judge Marilyn H. Patel

{W2076857.1}
DB2/22080702.1

CASE No. 3:09-05199 (MHP)
STIPULATION AND [PROPOSED] ORDER RE HEARING
DATE FOR SUMMARY JUDGMENT MOTIONS