# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FRENCH TRANSIT, LTD., | Case No. CV-3:09-05199 (MHP) |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER OF DISMISSAL |
| vs. | |
| TOM'S OF MAINE, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), the parties, by and through their respective counsel, have agreed to an Order dismissing this matter with prejudice and without costs. Notwithstanding this dismissal with prejudice, this Court shall retain jurisdiction for the limited purpose of resolving disputes concerning the breach, enforcement or termination of, the parties' Settlement Agreement, the terms of which are incorporated herein.

**PURSUANT TO STIPULATION IT IS SO ORDERED**

DATED:  3/4/2011

_____
Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel*

DB2/22251598.1

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE (CV-3:09-05199 (MHP))